**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Paul T. Bailey & Shirley J. Bailey  Plaintiffs v.  First Franklin Financial Corporation & Garfield Mortgage Corp.  Defendants | FILED: MAY 27, 2008  08CV3050   LI  JUDGE KENDALL  MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAUL T. BAILEY AND SHIRLEY J. BAILEY

| | |
|---|---|
| NAME (Type or print)  CARL B. BOYD | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Carl B. Boyd | |
| FIRM  STARKS & BOYD, P.C. | |
| STREET ADDRESS  11528 S. HALSTED | |
| CITY/STATE/ZIP  CHICAGO, IL 60628 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6206607 | TELEPHONE NUMBER  (773) 995-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |