# United States District Court for the Northern District of Illinois

Case Number: 08CV3050           Assigned/Issued By: DAJ

Judge Name:                     Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____
                                       *(Victim, Against and $ Amount)*

☐ Writ _____
       *(Type of Writ)*

__2__ Original and __2__ copies on __05/28/08__ as to __FIRST FRANKLIN__
                                    *(Date)*
__FINANCIAL CORP, GARFIELD MORTGAGE CORP.__

---

C:\wpwin80\docket\feeinfo.frm      03/14/05