#6206607

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Paul T. Bailey & Shirley J. Bailey, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 003050 |
| | ) | |
| v. | ) | Judge:  Virginia M. Kendall |
| | ) | Magistrate Judge:  Sidney I. Schenkier |
| First Franklin Financial Corporation, and | ) | |
| Garfield Mortgage Corp | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Pierce & Associates
       Attn:  Atty. Yanick Ploycarpe
       1 N. Dearborn, Suite 1300
       Chicago, IL 60602

PLEASE TAKE NOTICE that on May  30   , 2008, the undersigned filed, with the Clerk of the above court the following: **APPEARANCE.**

          /S/ Michael A. Jarard          
          MICHAEL A. JARARD #6294353

## ATTORNEY'S PROOF OF SERVICE

I, MICHAEL A. JARARD, the attorney, states under oath that he caused a copy of the above document(s) to be mailed to the above designated person(s) on or about May  30 , 2008.  Parties able to receive electronic filing also receive a copy electronically.

          /S/ Michael A. Jarard          
          MICHAEL A. JARARD  #6294353

**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**