TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 021

SHERIFF'S NUMBER 069488-001D  CASE NUMBER 08C3050          DEPUTY: _Thompson 408_

FILED DT 05-28-2008  RECEIVED DT 05-29-2008  DIE DT 06-13-2008  MULTIPLE SERVICE  1
    DEFENDANT                                          ATTORNEY
GARFIELD MORTGAGE CORP                                 STARKS & BOYD PC / CARL B BOYD
350 W ONTARIO ST                                       11528 S HALSTED
CHICAGO IL. 60610                                      CHICAGO IL. 60628
4TH FLOOR                                              773 995-7900
PLAINTIFF PAUL T & SHIRLEY J BAILEY

SERVICE INFORMATION: CN                                          **FOREIGN**

*********************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1  PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
        _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
        SAID PARTY REFUSED NAME _____
..X..3  SERVICE ON: CORPORATION / COMPANY / BUSINESS / PARTNERSHIP
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4  CERTIFIED MAIL _____

(B)   THOMAS J. DART, SHERIFF, BY: _Thompson 408_, DEPUTY

   1  SEX _F_ M/F   RACE _B_   AGE _47_
   2  NAME OF DEFENDANT GARFIELD MORTGAGE CORP
         WRIT SERVED ON _DENISE RILEY_

      THIS _10_ DAY OF _June_, 20_08_  TIME _10:11_ A.M. P.M.

ADDITIONAL REMARKS _____

*********************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____               ATTEMPTED SERVICES

NEIGHBORS NAME _____               DATE        TIME A.M./P.M.

    ADDRESS _____               ____  ____:____  ____

        REASON NOT SERVED:                ____  ____:____  ____
              07 EMPLOYER REFUSAL
___ 01 MOVED         ___ 08 RETURNED BY ATTY      ____  ____:____  ____
___ 02 NO CONTACT    ___ 09 DECEASED              ____  ____:____  ____
___ 03 EMPTY LOT     ___ 10 BLDG DEMOLISHED       ____  ____:____  ____
___ 04 NOT LISTED    ___ 11 NO REGISTERED AGT.    ____  ____:____  ____
___ 05 WRONG ADDRESS ___ 12 OTHER REASONS         ____  ____:____  ____
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY       ____  ____:____  ____

FEE  .00   MILEAGE  .00   TOTAL  .00                          SG56