TYPE LAW                SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS              DISTRICT 224

SHERIFF'S NUMBER 069486-001D CASE NUMBER 08C3050      DEPUTY: _____Hudson____    4/23/7

FILED DT 05-28-2008 RECEIVED DT 05-29-2008 DIE DT 06-13-2008 MULTIPLE SERVICE   1
    DEFENDANT                                       ATTORNEY
FIRST FRANKLIN FINANCIAL CORP                       STARKS & BOYD PC/ CARL B BOYD
1051    PERIMETER DR                                11528 S HALSTED
SCHAUMBURG IL. 60173                                CHICAGO IL. 60628
SUITE 800                                           773 995-7900
PLAINTIFF PAUL T & SHIRLEY J BAILEY

SERVICE INFORMATION: CN                                              **FOREIGN**

********************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON:  CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____J Budd 1527_____, DEPUTY

    1  SEX___ M/F  RACE___  AGE___
    2  NAME OF DEFENDANT FIRST FRANKLIN FINANCIAL CORP
       __WRIT SERVED ON _____not served_____

       THIS  13  DAY OF  June , 20 08 TIME  11 :32 A.M. P.M.

ADDITIONAL REMARKS _____

********************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG ___Office___                    ATTEMPTED SERVICES

NEIGHBORS NAME _____           DATE      TIME  A.M./P.M.
       ADDRESS _____           6-13    11:32 AM 527  loc ked

            REASON NOT SERVED:               _____  ___:___
            ___ 07 EMPLOYER REFUSAL          _____  ___:___
X  01 MOVED ___ 08 RETURNED BY ATTY          _____  ___:___
___ 02 NO CONTACT  ___ 09 DECEASED           _____  ___:___
___ 03 EMPTY LOT   ___ 10 BLDG DEMOLISHED    _____  ___:___
___ 04 NOT LISTED  ___ 11 NO REGISTERED AGT. _____  ___:___
___ 05 WRONG ADDRESS ___ 12 OTHER REASONS    _____  ___:___
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY  _____  ___:___
          VACANT                              _____  ___:___

FEE  .00   MILEAGE   .00   TOTAL   .00                      SG56