#6206607

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Paul T. Bailey & Shirley J. Bailey, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 003050 |
| | ) | |
| v. | ) | Judge:  Virginia M. Kendall |
| | ) | Magistrate Judge:  Sidney I. Schenkier |
| First Franklin Financial Corporation, and | ) | |
| Garfield Mortgage Corp | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   See Exhibit "A" Service list

PLEASE TAKE NOTICE that on June   24   , 2008, the undersigned filed, with the Clerk of the above court the following: **AFFIDAVIT OF SERVICE FOR GARFIELD MORTGAGE CORP. & AFFIDAVIT OF NONE SERVICE FOR FIRST FRANKLIN FINANCIAL CORP.**

  /S/ Carl B. Boyd  
CARL B. BOYD #6206607

## ATTORNEY'S PROOF OF SERVICE

I, CARL B. BOYD, the attorney, states under oath that he caused a copy of the above document(s) to be mailed to the above designated person(s) on or about June   24  , 2008. Parties able to receive electronic filing also receive a copy electronically.

  /S/ Carl B. Boyd  
CARL B. BOYD  #6206607

**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**

**SERVICE LIST**
**EXHIBIT "A"**

Pierce & Associates
Attn: Atty. Yanick Ploycarpe
1 N. Dearborn, Suite 1300
Chicago, IL 60602

Garfield Mortgage Corp.
350 W. Ontario Street
4th Floor
Chicago, IL 60610

First Franklin Financial Corp.
C/O Home Loan Services
Attn: Legal Department
150 Allegheny Center Mall
Pittsburgh, PA 15212