# United States District Court for the Northern District of Illinois

Case Number: 08CV3050         Assigned/Issued By: DAJ

Judge Name:         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☑ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __06/24/08__ as to __FIRST FRANKLIN__
                                    (Date)
__FINANCIAL CORP__
_____

C:\wpwin80\docket\feeinfo.frm      03/14/05