IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL T. BAILEY, SHIRLEY J. BAILEY, UNKNOWN OWNERS and NON RECORD CLAIMANTS,<br><br>       Plaintiffs,<br><br>    v.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION, GARFIELD MORTGAGE CORP.,<br><br>       Defendants | No. 08 C 3050<br><br>Judge Kendall presiding |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER

Defendant Garfield Mortgage Corp. (Defendant), John J. Lydon, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves this court to enlarge the time to file its responsive pleading to the plaintiff's Amended Complaint to and until July 21, 2008. In support hereof, Defendant states as follows:

1. This is the first enlargement of time to answer the complaint sought by the Defendant.

2. Plaintiffs' counsel has not objection to this motion.

3. The undersigned needs more time to file an answer because of a recent illness and in order to complete a preliminary investigation of the facts.

WHEREFORE Plaintiff respectfully requests an enlargement of time to July 21, 2008, to answer or otherwise plead to the Plaintiffs' Complaint.

                        Respectfully submitted,
                        Garfield Mortgage Corp.,


                        By:    /s/ John J. Lydon
                                 One of its attorneys

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on June 30, 2008.

                                                /s/ John J. Lydon

K:\JJL\CASES\41608 (Bailey v. Garfield Mtge)\Motions\Motion for Enlargment of Time to Answer.wpd