IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL T. BAILEY, SHIRLEY J. BAILEY, UNKNOWN OWNERS and NON RECORD CLAIMANTS, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST FRANKLIN FINANCIAL CORPORATION, GARFIELD MORTGAGE CORP., <br><br> Defendants | ) ) ) ) ) ) ) ) No. 08 C 3050 ) ) ) Judge Kendall ) presiding ) ) ) ) |

**NOTICE OF MOTION**

To:   SEE CERTIFICATE OF SERVICE

Please take notice that on **Tuesday, July 8, 2008** at 9:00 a.m., defendant, by counsel, will appear before the Hon. Virginia Kendall, in Courtroom 2319, United States District Court, 219 South Dearborn Street, Chicago, Illinois and present Defendant Garfield Mortgage's Unopposed Motion for Enlargement of Time to Answer.

                              Respectfully submitted,
                              Garfield Mortgage Corp.,



                              By:     /s/ John J. Lydon

John J. Lydon, Esq.
Nazia J. Hasan, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on June 30, 2008.

/s/ John J. Lydon

K:\JJL\CASES\41608 (Bailey v. Garfield Mtge)\Motions\Notice of Motion for Enlargment of Time to Answer.wpd