## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Paul T. Bailey, et al.

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03050
　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

First Franklin Financial Corporation, et al.

                                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Defendant Garfield Mortgage's motion for extension of time to 7/21/2008 to answer the amended complaint[16] is granted.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.