## Case ID# 08 C 30050

| Name | Writ | Service Address | Person Served | Service Method Requested | Served By | Service Result | Service Attempt Date | Service Attempt Time | Comments |
|---|---|---|---|---|---|---|---|---|---|
| First Franklin Financial Corp | Notice and Complaint - Civil Action | 150 Allegheny Center Mall Pittsburgh, PA Pittsburgh 15212 | Thea Justice | Person In Charge | Sean Green | Served - Adult Agent or person in charge of Defendant(s) office or usual place of business | 7/11/2008 | 13:45 | legal dept |

From: webmaster.pro@county.allegheny.pa.us (webmaster.pro@county.allegheny.pa.us)
To: starksboyd@sbcglobal.net
Date: Friday, July 11, 2008 12:34:19 PM
Cc: promail@county.allegheny.pa.us
Subject: Sheriff Return For : First Franklin Financial Corp(08 C 30050)

**SHERIFF'S RETURN**

| | |
|---|---|
| **Case#:** | 08 C 30050 |
| **Defendant:** | First Franklin Financial Corp |
| **Writ Description:** | Notice and Complaint - Civil Action |
| **Requested Method of Service:** | Person In Charge |
| **SERVICE INFORMATION:** | |
| **Service Address:** | 150 Allegheny Center Mall Pittsburgh, PA 15212 |
| **Served on:** | Friday, July 11, 2008 |
| **Served By:** | Sean Green |
| **Service Result:** | Served - Adult Agent or person in charge of Defendant(s) office or usual place of business |
| **Service Comments:** | legal dept |

More information can be obtained by clicking on Service history of this case.

Service History

---

LEGAL DISCLAIMER

**Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.** Any unauthorized review, use, disclosure, forwarding, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. **Any questions should be directed to Allegheny County Help Desk at 412-350-HELP (412-350-4357) or e-mail HelpDesk@AlleghenyCounty.US**
----------