#6206607

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Paul T. Bailey & Shirley J. Bailey, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>First Franklin Financial Corporation, and )<br>Garfield Mortgage Corp )<br>)<br>Defendants. ) | Case No. 08 C 003050<br><br>Judge:  Virginia M. Kendall<br>Magistrate Judge:  Sidney I. Schenkier |

## NOTICE OF FILING

TO:   See Exhibit "A" Service list

PLEASE TAKE NOTICE that on July   15   , 2008, the undersigned filed, with the Clerk of the above court the following:  **AFFIDAVIT OF SERVICE FOR FIRST FRANKLIN FINANCIAL CORP.**

          /S/ Carl B. Boyd          
CARL B. BOYD #6206607

## ATTORNEY'S PROOF OF SERVICE

I, CARL B. BOYD, the attorney, states under oath that he caused a copy of the above document(s) to be mailed to the above designated person(s) on or about July   15  , 2008.  Parties able to receive electronic filing also receive a copy electronically.

          /S/ Carl B. Boyd          
CARL B. BOYD  #6206607

**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**

**SERVICE LIST**
**EXHIBIT "A"**

Pierce & Associates
Attn:  Atty. Yanick Ploycarpe
1 N. Dearborn, Suite 1300
Chicago, IL 60602

Garfield Mortgage Corp.
350 W. Ontario Street
4th Floor
Chicago, IL 60610

First Franklin Financial Corp.
C/O Home Loan Services
Attn:  Legal Department
150 Allegheny Center Mall
Pittsburgh, PA 15212