IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL T. BAILEY, SHIRLEY J. BAILEY, UNKNOWN OWNERS and NON RECORD CLAIMANTS,<br><br>      Plaintiffs,<br><br>v.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION, GARFIELD MORTGAGE CORP.,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 3050<br>)<br>) Judge Kendall<br>) presiding<br>)<br>)<br>)<br>) |

**JOINT INITIAL STATUS REPORT**

Defendant Garfield Mortgage Corp., by its attorney, John J. Lydon, and Plaintiffs, Paul T. Bailey and Shirley J. Bailey, by their attorney, Carl Boyd, hereby submit the following Joint Initial Status Report:

1. **Nature of the Case**.

    A.    *Lead Attorneys*.  The lead attorney for the Plaintiffs is Carl B. Boyd.  The lead attorney for the Defendant Garfield Mortgage Corp. is John J. Lydon.  The lead attorney for Defendant First Franklin Financial Corporation is unknown at the moment because First Franklin has not yet appeared in the case.  The time for First Franklin to appear does not expire until July 31, 2008.

    B.    *Basis for Federal Jurisdiction.*  This Court has jurisdiction by virtue of a question arising under federal law, i.e., the Fair Housing Act, 42 U.S.C. §3613 and §3717, Equal Credit Opportunity Act, 15 U.S.C. §1691e, Credit Repair Organizations Act, 15 U.S.C. §1679b.

      C.    *Nature of the Claims in Complaint.* Plaintiffs claim that the defendants engaged in various fraudulent and illegal acts in the course of a mortgage loan transaction between the parties, including violations of the Fair Housing Act, the Equal Credit Opportunity Act, the Credit Repair Organizations Act, and the Illinois Consumer Fraud Act, as well as common law fraud, breach of fiduciary duty, and civil conspiracy.

      D.    *Non-served Parties.* At the moment, the First Franklin Financial Corporation has been served but its time to answer does not expire until July 31, 2008.

      E.    *Principal Legal Issues.* The principal legal issue are the following:

        1.    Is a disparate impact theory available to establish violations of the Fair Housing Act and the Equal Credit Opportunity Act?

        2.    Are Garfield Mortgage and First Franklin credit repair organizations?

        3.    Does Garfield Mortgage owes fiduciary duties to the Plaintiffs?

      F.    *Principal factual Issues.* Garfield Mortgage denies all of the allegations of fraud, misrepresentation, discrimination and all other misconduct alleged in the complaint. The factual issues are two numerous to repeat here but are adequately shown in Garfield Mortgage's Answer and Affirmative Defenses.

  2.    **Discovery**.

      A.    *Completed and Remaining Discovery.* The parties have not exchanged Rule 26(a) disclosures. No other discovery has been commenced or completed.

      B.    *Pending and Anticipated Motions.* There are no pending motions.

   C. *Previous Rulings on Substantive Issues*.  There have been no rulings by the court on any substantive issue.

   D. *Previous Status Reports*.  There have been no previous status reports.

 3. **Trial**.  The parties have not consented to proceed before the magistrate judge. The parties are unable to reasonably estimate the length of trial given the stage of the case to date.  The Plaintiff demanded a trial by jury.

 4. **Settlement**.  The parties have not discussed settlement of the claims.

Respectfully submitted,
Garfield Mortgage Corporation,      Paul T. Bailey and Shirley J. Bailey,

By: /s/ John J. Lydon         By: /s/ Carl B. Boyd
   One of its attorneys           One of its attorneys.

John J. Lydon, Esq.           Carl B. Boyd, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.  Starks and Boyd, P.C.
208 South LaSalle St., Suite 1200     11528 S. Halsted Street
Chicago, Illinois 60604         Chicago, Illinois 60628
(312) 332-6194            (773) 995-7900

CERTIFICATE OF SERVICE

    I, John J. Lydon, certify that, service of this document was accomplished by means of the Court's "ECF" system on July 18, 2008.

                              /s/ John J. Lydon

K:\JJL\CASES\41608 (Bailey v. Garfield Mtge)\Misc\Joint Initial Kendall Status Report.wpd