

William P Mullen
**Sheriff**

**ALLEGHENY COUNTY SHERIFF'S DEPARTMENT**
**436 GRANT STREET**
**PITTSBURGH, PA 15219-2496**
**PHONE (412) 350-4700**
**FAX (412) 350-6388**

Joseph A.Rizzo
**Chief Deputy**

**PLAINTIFF :** Paul Bailey

7-9

**CASE # :** 08 C 30050
**EXPIRES :** 8/24/2008 11:59:59 PM

**DEFT :**   First Franklin Financial Corp

c/o Home Loan Services

**GARNISHEE :** Attn: Legal Department

**DISTRICT :** District 10

Please fill out affidavit on back also

**ADDRESS :** 150 Allegheny Center Mall

Pittsburgh, PA 15212

| | |
|---|---|
| ○ | SUMMONS/PRAECIPE |
| ○ | SEIZURE OR POSSESSION |
| ○ | NOTICE AND COMPLAINT |
| ○ | REVIVAL OR SCI FA |
| ○ | INTERROGATORIES |
| ○ | EXECUTION – LEVY OR GARNISHEE |
| ◉ | OTHER |

**MUNICIPALITY/CITY WARD:** Pittsburgh / 22

**Originating County :**

**ATTY Name/ADDRESS :**

**ATTY PHONE :**

**TYPE  OF SERVICE :**

○ Personal   ◉ Person In charge   ○ Deputize   ○ Mail   ○ Posted   ○ Other   ○ Seize & Stored   ○ First Class Mail   ○ Publication

**Service Address Direction :**

Now    I, the SHERIFF OF ALLEGHENY COUNTY, PA do hereby deputize the Sheriff of ___
County to execute this Writ and make return thereof according to law

"--Is the Sheriff instructed to take manual possession of the property? _____  If "yes" bond in the amount of $_____must be posted prior to levy."

Seize, levy, advertise and sell all the personal property of the defendant on the premises located at:_____
MAKE                    MODEL                  MOTOR NUMBER            SERIAL NUMBER          LICENSE NUMBER

**SHERIFF'S OFFICE USE ONLY**

I hereby CERTIFY and RETURN that on the _____ 11 day of _____ 7-08 20__ at _____ o'clock, AM/PM. Address Above/Address Below,
County of Allegheny, Pennsylvania

1345

I have served in the manner Described below:_____

[ ] Defendant(s) personally served
[ ] Adult in charge of Defendant's residence who refused to give name or relationship
[ ] Adult family member with whom said Defendant(s) reside(s). Name & Relationship
[ ] Manager/Other person authorized to accept deliveries of U.S Mail   [✓] Agent or person in charge of Defendant(s) office or usual place of business.
[ ] Other_____   [ ] Property Posted_____

Defendant not found because:[ ] Moved [ ] Unknown [ ] No Answer [ ] Vacant [ ] Other

   [ ] Certified Mail [ ] Receipt_____  [ ] Envelope Returned_____  [ ] Neither Receipt or envelope; writ expired _____

   [ ] Regular Mail   Why: _____
You are hereby notified that on _____ , 20__ , levy was made in the case of_____
Possession/Sale has been set for _____  20___ at _____ o'clock
**YOU MUST CALL DEPUTY ON THE MORNING OF SALE/POSSESSION BETWEEN 8:30-9:30 A.M.**
ATTEMPTS_____/_____/_____/_____/

Additional Costs Due $,_____  This is placed On Writ when returned to Civil Division.Please check before Satisfying Case

*Thea Justice Paralegal.*

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _7-10-08_ |
| NAME OF SERVER *(PRINT)* _Sean R. Green_ | TITLE _Deputy 4_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's ~~dwelling house~~ or usual place of ~~abode~~ *Busi* with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _Thsa Justice_

☐ Returned unexecuted: _Para Legal_ _____

   _____

   _____

☐ Other (specify): _____

   _____

   _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _7-10-08_      _____
            Date                Signature of Server

   _436 Grant St. Rm W Pgh Pa 15219_
   Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.