IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Paul T. Bailey, Shirley J. Bailey, Unknown Owners and Non Record Claimants, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 3050 |
| v. | ) ) | Judge Virginia Kendall |
| First Franklin Financial Corporation, and Garfield Mortgage Corp., | ) ) ) ) | Magistrate Judge Sidney Schenkier |
| Defendants. | ) | |

**DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, First Franklin Financial Corporation ("FFFC"), by its attorneys, hereby moves this Court, under Fed. R. Civ. P. 6(b), for a 30-day extension of time to answer or otherwise plead in response to Plaintiff's Complaint, and in support thereof states as follows:

1. Pursuant to service of summons, FFFC is required to answer or otherwise plead in response to Plaintiff's Complaint by August 6, 2008.

2. The seven-count Complaint seeks recovery from Garfield Mortgage Corp., the broker, as well as from FFFC, the lender, for alleged fraudulent activities relating to a home loan. Plaintiff brings claims under a variety of consumer statutes and the common law.

3. FFFC is in the process of investigating its records concerning Plaintiff's allegations in the Complaint, and formulating a response to each of the counts against FFFC.

- 2 -

4. FFFC respectfully requests that this Court extend its time to answer or otherwise plead to and including September 5, 2008.

5. FFFC's motion is not brought for purposes of delay and will not prejudice any party.

WHEREFORE, First Franklin Financial Corporation respectfully requests that this Court grant its motion for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint to and including September 5, 2008.

Dated: August 5, 2008

Respectfully submitted,

FIRST FRANKLIN FINANCIAL CORPORATION

By: /s/ Gary S. Caplan
     One of Its Attorneys

Gary S. Caplan (6198263)
Reed Smith LLP
10 South Wacker Drive, #4000
Chicago, Illinois 60606
312-207-1000

CHILIB-2196351.1-833277-00001

## CERTIFICATE OF SERVICE

      I, Gary S. Caplan, hereby certify that true and correct copies of **DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** were served upon the parties listed below via the Court's CM/ECF system this 5th day of August, 2008.

                Carl B. Boyd
                Starks and Boyd, P.C.
                11528 S. Halsted
                Chicago, IL 60628

                                      /s/ Gary S. Caplan
                                      Gary S. Caplan