**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Paul T. Bailey, Shirley J. Bailey, Unknown Owners and Non Record Claimants, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 3050 |
| v. | ) ) | Judge Virginia Kendall |
| First Franklin Financial Corporation, and Garfield Mortgage Corp., | ) ) ) | Magistrate Judge Sidney Schenkier |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    Carl B. Boyd
        Starks and Boyd, P.C.
        11528 S. Halsted
        Chicago, Illinois 60628

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m., or as soon thereafter as we may be heard, we shall appear before Judge Virginia Kendall or any judge sitting in her stead in Courtroom 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant First Franklin Financial Corporation's Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

Dated: August 5, 2008                          Respectfully submitted,

                                                          FIRST FRANKLIN FINANCIAL
                                                          CORPORATION

                                                          By:____/s/ Gary S. Caplan_____
                                                                   One of Its Attorneys

Gary S. Caplan (6198263)
Reed Smith LLP
10 South Wacker Drive, #4000
Chicago, Illinois 60606
312-207-1000

## CERTIFICATE OF SERVICE

I, Gary S. Caplan, hereby certify that true and correct copies of **NOTICE OF MOTION** were served upon the parties listed below via the Court's CM/ECF system this 5th day of August, 2008.

Carl B. Boyd
Starks and Boyd, P.C.
11528 S. Halsted
Chicago, IL 60628

/s/ Gary S. Caplan
Gary S. Caplan