UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Paul T. Bailey, et al.
                                                              Plaintiff,

v.                                                              Case No.: 1:08–cv–03050
                                                                       Honorable Virginia M. Kendall

First Franklin Financial Corporation, et al.
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 1/21/2009 at 09:00 AM. All fact discovery shall be completed by 1/20/2009. All expert discovery shall be completed by 3/20/2009. Dispositive motions with supporting memoranda due by 4/20/2009. Response is to be filed by 5/20/2009. Reply is due by 6/3/2009. Defendants' motions to dismiss and supporting memoranda are to be filed by 9/5/2008. Responses are to be filed by 9/24/2008. Replies due by 10/1/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.