IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Paul T. Bailey, Shirley J. Bailey, Unknown Owners and Non Record Claimants, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 3050 |
| v. | ) ) | Judge Virginia Kendall |
| First Franklin Financial Corporation, and Garfield Mortgage Corp., | ) ) ) | Magistrate Judge Sidney Schenkier |
| Defendants. | ) | |

**FIRST FRANKLIN FINANCIAL CORPORATION'S
NOTIFICATION AS TO AFFILIATES PURSUANT TO L.R. 3.2**

The undersigned, counsel of record for First Franklin Financial Corporation, Defendant, furnishes the following list in compliance with L.R. 3.2:

First Franklin Financial Corporation is a subsidiary of Merrill Lynch Mortgage Services Corp., which is a subsidiary of Merrill Lynch & Co., Inc.

Dated this 5th day of September, 2008.

        s/ Grant Y. Lee
        Gary S. Caplan (6198263)
        Grant Y. Lee (6290026)
        REED SMITH LLP
        10 South Wacker Drive
        Chicago, Illinois 60606-7507
        Phone No.: (312) 207-1000
        Fax No.: (312) 207-6400
        Email: gcaplan@reedsmith.com
        Email: glee@reedsmith.com

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Grant Y. Lee, hereby certify that true and correct copies of **FIRST FRANKLIN FINANCIAL CORPORATION'S NOTIFICATION AS TO AFFILIATES PURSUANT TO L.R. 3.2** were served upon the parties listed below via the Court's CM/ECF system this 5th day of September, 2008.

| | |
|---|---|
| Carl B. Boyd | Jack Lydon, Esq. |
| Starks and Boyd | Gomberg, Sharfman, Gold and Ostler |
| 11528 S. Halsted | 208 South LaSalle Street, Suite 1200 |
| Chicago, Illinois 60628 | Chicago, Illinois 60604 |

s/ Grant Y. Lee
Grant Y. lee

CHILIB-2199393.2-GSCaplan9/5/08 10:56 AM