## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Paul T. Bailey, Shirley J. Bailey, Unknown Owners and Non Record Claimants, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 3050 |
| v. | ) ) | Judge Virginia Kendall |
| First Franklin Financial Corporation, and Garfield Mortgage Corp., | ) ) ) | Magistrate Judge Sidney Schenkier |
| Defendants. | ) | |

### DEFENDANT FIRST FRANKLIN FINANCIAL CORP.'S MOTION TO DISMISS

Defendant First Franklin Financial Corporation ("FFFC"), by its attorneys, REED

SMITH LLP, respectfully moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure, to dismiss all of Plaintiff's claims against it, and for any further relief the Court

deems proper.  In support of the motion, FFFC submits the attached memorandum of law.


Dated: September 5, 2008                              Respectfully submitted,

                                                      FIRST FRANKLIN FINANCIAL
                                                      CORPORATION

                                                      By:    /s/ Grant Y. Lee
                                                             One of Its Attorneys

Gary S. Caplan (6198263)
Grant Y. Lee (6290026)
Reed Smith LLP
10 South Wacker Drive, #4000
Chicago, Illinois 60606
312-207-1000

CHILIB-2202443.1-GYLee

## CERTIFICATE OF SERVICE

I, Grant Y. Lee, hereby certify that true and correct copies of **FIRST FRANKLIN FINANCIAL CORPORATION'S MOTION TO DISMISS** were served upon the parties listed below via the Court's CM/ECF system this 5th day of September, 2008.

Carl B. Boyd
Starks and Boyd
11528 S. Halsted
Chicago, Illinois  60628

Jack Lydon, Esq.
Gomberg, Sharfman, Gold and Ostler
208 South LaSalle Street, Suite 1200
Chicago, Illinois  60604

/s/ Grant Y. Lee
Grant Y. Lee

CHILIB-2202443.1-GYLee9/5/08 11:12 AM